IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DENISE HAINES** | : | **No. 11-596-4** |

# ORDER

**AND NOW**, this 14th day of November, 2013, for the reasons stated in the accompanying memorandum opinion and for the reasons stated during the sentencing hearing held on November 13, 2013, it is hereby **ORDERED** that Defendant's request for a variance is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

1